# Court of Appeals
# of the State of Georgia

ATLANTA,___May 23, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A1760.  ANITA SMITH v. FIA CARD SERVICES, N. A.**

FIA Card Services, N. A. filed suit against Anita Smith to recover amounts allegedly owed on a credit card, and the trial court granted FIA Card Services motion for summary judgment in the amount of $2,183.62.  Smith filed a direct appeal from this ruling.  Under OCGA § 5-6-35 (a) (6), however, appeals in all actions for damages in which the judgment is $10,000 or less must comply with discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required under OCGA § 5-6-35.  See *Jennings v. Moss*, 253 Ga. App. 357 (509 SE2d 655) (1998).  Given Smith's failure to file an application, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2012_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

, *Clerk.*